1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Manuel Gondola

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13 MANUEL GONDOLA,              ) Case No.: CV 09-8470 AJW
                                )
14         Plaintiff,            ) ORDER OF DISMISSAL
                                )
15      vs.                     )
                                )
16 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
17                              )
           Defendant.           )
18                              )
                                )
19

20     The above captioned matter is dismissed with prejudice, each party to bear

21 its own fees, costs, and expenses.

22     IT IS SO ORDERED.

23 June 9, 2010

24                              [signature]

25                              _____
                                THE HONORABLE ANDREW J. WISTRICH
26                              UNITED STATES MAGISTRATE JUDGE

-1-